## FIRST DEPARTMENT, JANUARY TERM, 1887.

referee, costs of this appeal to abide the final award of costs. Opinion by Bradley, J. Haight and Angle, JJ., concur upon the last ground stated in the opinion, without expressing any opinion upon the preceding one discussed therein. Childs, J., not sitting.

Ignatz Thalheimer, Appellant, v. Ferdinand Hays and others, Respondents.--Order reversed, with ten dollars costs and disbursements, and motion remitted to the Monroe Special Term to proceed thereon. Opinion by Angle, J.

Abram T. Kerr and others, Respondents, v. Zacharias Dildine, Appellant, Impleaded, etc.—Order reversed, with ten dollars costs and disbursements, and motion to vacate injunction granted. Opinion by Bradley, J. Haight, J., not sitting.

Thurlow W. Abell and others, Respondents, v. Alonzo Bradner, Individually and as Assignee, and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

James J. W. Dawley, Appellant, v. John P. Brown, Respondent.—Judgment reversed and new trial ordered, costs to abide event. Opinion by Haight, J. ; Lewis, J., not sitting.

The People of the State of New York, Respondant, v. David C. Jones, Appellant.—Judgment affirmed and proceedings remitted to the Court of Sessions, of Erie County to proceed thereon. Opinion by Lewis, J. ; Bradley, J., not voting.

Mary A. Goo, Appellant, v. Ruth A. Gilmore, Respondent. — Judgment 'affirmed, on the opinion of the referee.

Carrie Breakey, Appellant, v. James W. Breakey, Respondent. — Judgment and order affirmed, without costs. Opinion by Haight, J.

William Burke, Appellant, v. John Quinn, Respondent. — Judgment affirmed.

Crooked Lake Navigation Company, Respondents, v. The Keuka Navigation Company, Appellants. — Judgment affirmed. Opinion by Haight, J.

Philena Read, Respondent, v. Melville Farrar, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Emma Casey, as administratrix, etc., Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.—Motion for a new trial denied, and judgment ordered for defendants on the nonsuit. Opinion by Lewis, J.

Philip Garbutt, Appellant, v. John W. Garbutt, Respondent. —Judgment and order affirmed, with costs. Opinion by Bradley, J.

James R. Wilson, Respondent, v. Richard Attridge, Appellant. — Judgment affirmed. Opinion by Lewis, J.

Margaret Coyle, Respondent, v. Charles Nies, Appellant. — Judgment and order affirmed. Opinion by Bradley, J. ; Lewis, J., not sitting.

Samuel Holman, Respondent, v. Daniel Randall, Appellant. — Judgment and order affirmed. Opinion by Lewis, J.

Amos H. Cobb, and others, Respondents, v. Jessie B. Hannan, Appellant. — Interlocutory judgment affirmed, with costs, on the opinion of Dwight, J., at Special Term, with leave to withdraw demurrer in twenty days and answer the complaint, on payment of the costs of the demurrer and of this appeal.

Mavor Martin, Respondent, v. Milton Brown, Appellant.—Motion for leave to appeal to the Court of Appeals denied.

Henry R. Granger v. Electa M. Granger. — Motion for leave to appeal to the Court of Appeals granted.

Hudson T. Baker, as administrator, etc., v. The Rochester City and Brighton R. R. Co. — Motion for reargument denied.

Emily J. Smith v. Jeremiah B. Rogers.—Motion for reargument denied, leave to appeal to the Court of Appeals granted.

The Buffalo Lubricating Oil Co., limited, v. The Standard Oil Company. —Motion for leave to appeal to the Court of Appeals granted.

The Buffalo Lubricating Oil Co., limited, v. The Acme Oil Company. — Motion for leave to appeal to the Court of Appeals granted.

The People of the State of New York v. Lorenzo Dimick.—Motion for reargument to resettle case denied; motion for reargument of the appeal denied ; motion to amend decision in such manner as is required to permit an appeal to the Court of Appeals, and to be there heard, granted.

Charles Mather, Respondent, v. B. Perley Freelove, Appellant. — Motion for leave to appeal to the Court of Appeals denied.

Micajah W. Jackson v. The City of Rochester. — Motion for leave to appeal to the Court of Appeals granted.

John M. Burkhardt v. James Babcock.—Motion for reargument denied.

James Silvey v. William W. Lindsay and others. —Leave to appeal to the Court of Appeals granted.

---

## FIRST DEPARTMENT, JANUARY TERM, 1887.

David Stewart, Respondent, v. Collis P. Huntington, Appellant. — Judgment reversed, new trial ordered, costs to abide event Opinions by Macomber and Daniels, JJ.

William H. Hussey, Respondent, v. Weeks D. Cornwall, Appellant. — Reargument ordered.

Mary M. Watson, Appellant, v. John D. Phyfe and another, Respondents. — Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

Mary E. Shaw, Appellant, v. George Evans, Respondent.

Daniel A. Shaw, Appellant, v. George Evans, Respondent.—Order modified by requiring the plaintiffs to serve a bill of particulars stating the nature and character of Mrs. Shaw's alleged injuries and sickness alleged to have resulted from the dental operation mentioned in the complaint, and as so modified, affirmed without costs to either party.

Cyrenius G. Fitzgerald, Appellant, v. George Turnbull and another, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

David Levy and another, Appellants, v. Robert Salomon, Respondent.

Lewis Newgrass v. The Same.

Julius Beer v. The Same.

Feorlan Miranda v. The Same.—Order affirmed, with ten dollars costs and disbursements in one case on opinion of Potter, J.

Mosher A. Southerland, Respondent, v. George W. Mead, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Rosalie Adele Oakley, Respondent, v. Oliver L. Jones and another, as Executors, etc., Appellants.—Order affirmed, with ten dollars costs and disbursements, for the reason stated in the memorandum of Mr. Justice Barrett.

Harrison R. Johnston, Respondent, v. Thomas F. Donvan, and another, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Harvey T. Cleveland, Appellant, v. William J. Gessner, Respondent. — Order affirmed, with ten dollars costs and disbursements.

John Todd, as Assignee, v. Ferdinand A. Marsily, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Joseph Shackleton, Respondent, v. The Wain-